Annie E. Darr *v.* The Pennsylvania Railroad Company, Appellant.

Argued Jan. 1, 1896. Appeal, No. 12, May T., 1896, by defendant, from judgment of C. P. Dauphin Co., Sept. T., 1895, No. 58, on verdict for plaintiff. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Re-versed.

*L. W. Hall*, of *Hall & Jordan*, for appellant.

*Jas. A. Stranahan* and *M. W. Jacobs*, for appellee.

OPINION BY MR. JUSTICE MITCHELL, October 5, 1896 :

This case grew out of the same circumstances as Nye v. Penna. R. R. Co., supra, 134, opinion filed herewith, and for the reasons there assigned the judgment is reversed.